STATE of Missouri, Respondent,

v.

Turner L. BARTLEY, Appellant.

No. WD 39700.

Missouri Court of Appeals,
Western District.

Feb. 16, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 29, 1988.

Sean D. O'Brien, Public Defender, Jo Ann
Arnold, Asst. Public Defender, Kansas City,
for appellant.

William Webster, Atty. Gen., Elizabeth
Levin Ziegler, Asst. Atty. Gen., Jefferson
City, for respondent.

Before COVINGTON, P.J., and
SHANGLER, and PRITCHARD, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of tampering in
the first degree, § 569.080.1(2), RSMo 1986,
and sentence of eight years imprisonment.

Judgment affirmed.  Rule 30.25(b).

Leroy FORD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 39183.

Missouri Court of Appeals,
Western District.

Feb. 23, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 29, 1988.

Sean D. O'Brien, Public Defender, Jo
Ann Arnold, Asst. Public Defender, Kansas
City, for appellant.

William L. Webster, Atty. Gen., Jefferson
City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before GAITAN, P.J., and
TURNAGE and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion
for post-conviction relief.

Affirmed.  Rule 84.16(b).